█ In the Matter of JAYDEN G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ROMANUS G., Respondent. GERALDINE C.-G., Nonparty Appellant. [33 NYS3d 747]—Appeal from an order of disposition of the Family Court, Kings County (Daniel Turbow, J.), dated April 22, 2015. The order, insofar as appealed from, after a hearing, upon releasing the subject child to the custody of the nonrespondent mother, did so under the supervision of the Administration for Children's Services for a period of 12 months and directed her to complete domestic violence counseling.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The nonrespondent mother appeals from an order of disposition which, among other things, released the subject child to her custody under the supervision of the Administration for Children's Services for a period of 12 months and directed her to complete domestic violence counseling. The appeal has been rendered academic, since the order expired by its own terms on

April 22, 2016, and the mother completed a domestic violence counseling program. Therefore, any corrective measures which this Court might take would have no practical effect (*see Matter of Shaquan A. [Fan Fan A.]*, 137 AD3d 1119, 1119 [2016]; *Matter of David P. [Elisa P.]*, 130 AD3d 739, 740 [2015]; *Matter of Stephen Daniel A. [Sandra M.]*, 122 AD3d 834, 835 [2014]). Contrary to the mother's contention, this matter does not warrant invoking the exception to the mootness doctrine (*see Matter of Anthony C. [Juan C.]*, 99 AD3d 798, 799 [2012]; *Matter of Zawyer C.*, 95 AD3d 1009, 1009 [2012]). Eng, P.J., Roman, LaSalle and Barros, JJ., concur.